# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br><br>    Plaintiff,  <br><br>    v.  <br><br> OSCAR AUDEVES-FIERRO,  <br><br>    Defendant. | Case No. 13-CR-03752-WQH  <br><br> **ORDER AND JUDGMENT TO DISMISS** |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing thereof,

IT IS HEREBY ORDERED that the Information in the above-referenced case be dismissed, without prejudice, as to defendant OSCAR AUDEVES-FIERRO.

IT IS FURTHER ORDERED that defendant OSCAR AUDEVES-FIERRO be released from the custody of the United States Marshals Service and returned to the custody of the Department of Homeland Security.

DATED: October 31, 2013

*William Q. Hayes*

**WILLIAM Q. HAYES**
United States District Judge